UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Mario MIRANDA-Cuevas, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ04508 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Sec 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn states:

On or about November 14, 2021, within the Southern District of California, Defendant Mario MIRANDA-Cuevas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Suleyma LEON-Martinez, Karen Abril GUZMAN-Enriquez, and M.G.L.E., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of November 2021.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Suleyma LEON-Martinez, Karen Abril GUZMAN-Enriquez, and M.G.L.E., are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On November 14, 2021, at approximately 9:17 A.M, Mario MIRANDA-Cuevas (Defendant), a Legal Permanent Resident, applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes as the driver of a grey Kia Sportage bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a valid Legal Permanent Resident card as his entry document and stated he was going to work in Miramar, California with nothing to declare. The CBP officer queried the document and received a computer-generated alert. Defendant and vehicle were referred to the vehicle secondary lot for further inspection.

In secondary, Defendant drove his vehicle through the vehicle x-ray scanner and a CBP Officer saw what appeared to be people concealed in the rear of the vehicle. Defendant was placed in handcuff restraints and escorted to the security office. Responding CBP Officers assisted in removing three females from a modified tire-well compartment. The females were later identified as Suleyma LEON-Martinez (MW1), Karen Abril GUZMAN-Enriquez (MW2), and M.G.L.E. (MW3) who were later determined to be citizens and nationals of Mexico without lawful documents to enter, reside, or pass through the United States.

At approximately 11:18 A.M., during a video-recorded interview, Defendant was advised of his Miranda Rights and invoked his right to counsel. At approximately 11:25 A.M., Defendant stated he changed his mind and voluntarily elected to make a statement. Defendant stated he answered a Facebook ad to be a driver and was offered a courier job where he would collect money in the U.S. and bring back to Mexico. Defendant stated he was given the Kia Sportage to perform the job and successfully completed four trips where he met an unknown female at an In-N-Out in San Diego, exchanged the vehicle for approximately thirty minutes, was paid $840.00 U.S. Dollars and returned to Mexico within a couple of hours. Defendant stated he was instructed to take pictures of his location while he was in line to

cross into the U.S. and after entering the U.S. Defendant denied knowledge of the individuals concealed in his vehicle.

During video-recorded interviews, Material Witnesses admitted they are citizens of Mexico with no documents to lawfully enter or reside in the United States. Material Witnesses stated friends and family made the smuggling arrangements and were going to pay smuggling fees ranging from unknown amounts up to $18,000.00 U.S. Dollars, upon successful entry. Material Witnesses were traveling to various locations in the United States to reside and seek employment.